| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | MICHAEL G. TIERNEY<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT RADTKE,<br><br>Defendant. | Case No: 1:18-CR-00162-NONE<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE** |

This matter is currently scheduled for trial beginning on **March 17, 2020**. The parties will need additional time to continue their discussions and prepare for trial. They therefore stipulate that a continuance is in the interest of justice and jointly request that the trial be continued until **September 9, 2020** to allow them the opportunity to prepare for trial and explore potential resolution. The parties further request the Court exclude under the Speedy Trial Act the period from March 17, 2020 to September 9, 2020, for defense preparation.

      A proposed order appears below.

1

IT IS SO STIPULATED.

Dated: February 13, 2020            By: /s/ W. Scott Quinlan
                                    W. Scott Quinlan
                                    Attorney for Defendant
                                    Scott Radtke

Dated: February 13, 2020            McGREGOR W. SCOTT
                                    United States Attorney

                                    By: /s/ Michael G. Tierney
                                    Michael G. Tierney
                                    Assistant U.S. Attorney

# ORDER

Pursuant to the parties' stipulation, trial in this matter, currently scheduled for **March 17, 2020**, shall be continued to **September 9, 2020**. A trial confirmation hearing is now scheduled for August 28, 2020 at 10:00 a.m. in Courtroom No. 4.

The time from **March 17, 2020** through **September 9, 2020** shall be excluded under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(B)(iv) to allow the parties to sufficiently prepare for trial. The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:   **February 13, 2020**                   _____
                                                 UNITED STATES DISTRICT JUDGE

2