McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:18-CR-00162-NONE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE TRIAL DATE** |
| v. | |
| SCOTT RADTKE, | |
| Defendant. | |

This matter is currently scheduled for trial beginning on **September 9, 2020**. The parties will need additional time to continue their discussions and prepare for trial. They therefore stipulate that a continuance is in the interest of justice and jointly request that the trial be continued until **January 26, 2021** to allow them the opportunity to prepare for trial and explore potential resolution. The parties further request the Court exclude under the Speedy Trial Act the period from September 9, 2020 to January 26, 2021, for defense preparation.

A proposed order appears below.

1

IT IS SO STIPULATED.

Dated: July 24, 2020                          By: /s/ W. Scott Quinlan
                                              W. Scott Quinlan
                                              Attorney for Defendant
                                              Scott Radtke

Dated: July 24, 2020                          McGREGOR W. SCOTT
                                              United States Attorney

                                              By: /s/ Michael G. Tierney
                                              Michael G. Tierney
                                              Assistant U.S. Attorney

### ORDER

IT IS SO ORDERED. Trial in this matter, currently scheduled for **September 9, 2020**, shall be continued to **January 26, 2021**. Time from **September 9, 2020** through **January 26, 2021** shall be excluded under the Speedy Trial Act, 18 United States Code Section 3161 to allow the parties to sufficiently prepare for trial. The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:   **July 24, 2020**                    _____
                                              UNITED STATES DISTRICT JUDGE