# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT RADTKE,<br><br>　　　　Defendant. | Case No. 1:18-cr-00162-NONE-SKO-1<br><br>ORDER REQUIRING DEFENDANT TO APPEAR BY VIDEO AT OCTOBER 14, 2020 HEARING ON MOTION TO WITHDRAW |

　　　Currently, there is a motion to withdraw as counsel set for hearing on October 14, 2020, before the undersigned. Counsel shall arrange for Defendant Scott Radtke to personally appear by video at the October 14, 2020 hearing.

　　　Accordingly, IT IS HEREBY ORDERED that Defendant Scott Radtke shall personally appear by video at the October 14, 2020 hearing at 2:00 p.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:  **September 28, 2020**　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1