McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:18-CR-00162-NONE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE TRIAL DATE** |
| v. | |
| SCOTT RADTKE, | |
| Defendant. | |

     This matter is currently scheduled for trial beginning on **January 26, 2021**. The parties will need additional time to continue their discussions and prepare for trial. They therefore stipulate that a continuance is in the interest of justice and jointly request that the trial be continued until **May 11, 2021** to allow them the opportunity to prepare for trial, including by defense review and copying of material made available by the government. The parties further request the Court exclude under the Speedy Trial Act the period from January 26, 2021 to May 11, 2021, for defense preparation.

     A proposed order appears below.

1

IT IS SO STIPULATED.

Dated: October 29, 2020                    By: /s/ W. Scott Quinlan
                                           W. Scott Quinlan
                                           Attorney for Defendant
                                           Scott Radtke

Dated: October 29, 2020                    McGREGOR W. SCOTT
                                           United States Attorney

                                           By: /s/ Michael G. Tierney
                                           Michael G. Tierney
                                           Assistant U.S. Attorney

IT IS SO ORDERED. Trial in this matter, currently scheduled for **January 26, 2021**, shall be continued to **May 11, 2021**. Time from **January 26, 2021** through **May 11, 2021** shall be excluded under the Speedy Trial Act, 18 United States Code Section 3161 to allow the defense to sufficiently prepare for trial. The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

   Dated:   **October 30, 2020**                    _Dale A. Drozd_
                                                    UNITED STATES DISTRICT JUDGE