1  PHILLIP A. TALBERT
   Acting United States Attorney
2  MICHAEL G. TIERNEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA, | Case No: 1:18-CR-00162-NONE |

12 | Plaintiff, | **STIPULATION AND ORDER TO CONTINUE TRIAL DATE** |

13

14 | v. |

15

16 | SCOTT RADTKE, |

17 | Defendant. |

18

19

20        This matter is currently scheduled for trial beginning on **May 11, 2021**.  The parties will need

21  additional time to continue their discussions and prepare for trial.  In particular, defense counsel recently

22  reviewed documents in the FBI's possession atter a lengthy delay due to COVID-19 safety protocols.

23  Defense counsel believes this review pf documents indicates that further investigation is necessary to

24  prepare for a possible trial.

25        The parties therefore stipulate that a continuance is in the interest of justice and jointly request

26  that the trial be continued until **September 14, 2021** to allow them the opportunity to prepare for trial,

27  including by defense review and copying of material made available by the government.  The parties

28                                            1

1  further request the Court exclude under the Speedy Trial Act the period from May 11, 2021 to

2  September 14, 2021, for defense preparation.

3           A proposed order appears below.

4

5  IT IS SO STIPULATED.

6

7  Dated: March 5, 2020                              By: /s/ W. Scott Quinlan
                                                      W. Scott Quinlan
8                                                     Attorney for Defendant
                                                      Scott Radtke
9

10 Dated: March 5, 2020                              PHILLIP A. TALBERT
                                                      Acting United States Attorney
11

12                                                    By: /s/ Michael G. Tierney
                                                      Michael G. Tierney
13                                                    Assistant U.S. Attorney

14

15

16         IT IS SO ORDERED.  Trial in this matter, currently scheduled for **May 11, 2021**, shall be

   continued to **September 14, 2021**.  Time from **May 11, 2021** through **September 14, 2021** shall
17
   be excluded under the Speedy Trial Act, 18 United States Code Section 3161 to allow the
18
   defense to sufficiently prepare for trial.  The Court finds that the ends of justice outweigh the
19
   interest of the defendant and the public in a speedy trial.
20

21 IT IS SO ORDERED.

22    Dated:   **March 17, 2021**

23                                                    UNITED STATES DISTRICT JUDGE

24

25

26

27

28
                                                2