PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT RADTKE,<br><br>Defendant. | Case No: 1:18-CR-00162-NONE<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE** |

This matter is currently scheduled for trial beginning on **September 13, 2021**. The parties will need additional time to continue their discussions and prepare for trial. Both parties continue to review the voluminous discovery in this case as part of their trial preparation efforts.

The parties therefore stipulate that a continuance is in the interest of justice and jointly request that the trial be continued until **November 9, 2021** to allow them the opportunity to prepare for trial, including by defense review and copying of material made available by the government. The parties further request the Court exclude under the Speedy Trial Act the period from September 13, 2021 to November 9, 2021, for defense preparation.

A proposed order appears below.

1

IT IS SO STIPULATED.

Dated: May 26, 2021          By: /s/ W. Scott Quinlan
                             W. Scott Quinlan
                             Attorney for Defendant
                             Scott Radtke

Dated: May 26, 2021          PHILLIP A. TALBERT
                             Acting United States Attorney

                             By: /s/ Michael G. Tierney
                             Michael G. Tierney
                             Assistant U.S. Attorney

Trial in this matter, currently scheduled for **September 13, 2021**, shall be continued to **November 9, 2021**. Time from **September 13, 2021** through **November 9, 2021** shall be excluded under the Speedy Trial Act, 18 United States Code Section 3161 to allow the defense to sufficiently prepare for trial. The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: **May 27, 2021**               _____
                                      UNITED STATES DISTRICT JUDGE