PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT RADTKE,<br><br>Defendant. | Case No: 1:18-CR-00162-NONE<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE** |

    This matter is currently scheduled for trial beginning on **November 9, 2021**. The parties will need additional time to continue their discussions and prepare for trial. Both parties continue to review the voluminous discovery in this case as part of their trial preparation efforts.

    The parties therefore stipulate that a continuance is in the interest of justice and jointly request that the trial be continued until **February 8, 2022** to allow them the opportunity to prepare for trial, including by defense review and copying of material made available by the government. The parties also anticipate further plea negotiations, based on additional factual and legal research.

    The parties further request the Court exclude under the Speedy Trial Act the period from November 9, 2021 to February 8, 2022, for defense preparation.

1

A proposed order appears below.

IT IS SO STIPULATED.

Dated: September 29, 2021          By: /s/ W. Scott Quinlan
                                   W. Scott Quinlan
                                   Attorney for Defendant
                                   Scott Radtke

Dated: September 29, 2021          PHILLIP A. TALBERT
                                   Acting United States Attorney

                                    By: /s/ Michael G. Tierney
                                   Michael G. Tierney
                                   Assistant U.S. Attorney

IT IS SO ORDERED. Trial in this matter, currently scheduled for **November 9, 2021**, shall be continued to **February 8, 2022**. Time from **November 9, 2021** through **February 8, 2022** shall be excluded under the Speedy Trial Act, 18 United States Code Section 3161 to allow the defense to sufficiently prepare for trial. The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated:   **September 29, 2021**          _____
                                         UNITED STATES DISTRICT JUDGE

2