PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:18-CR-00162-JLT |
| Plaintiff, | |
| v. | |
| SCOTT RADTKE, | **STIPULATION AND ORDER TO CONTINUE TRIAL DATE** |
| Defendant. | |

This matter is currently scheduled for trial beginning on **February 8, 2022**. The parties will need additional time to continue their discussions and prepare for trial. Both parties continue to review the voluminous discovery in this case as part of their trial preparation efforts. Moreover, on January 11, 2022 the government transmitted to the defense a proposed plea agreement in this matter. The parties have discussed the terms and are attempting to arrive at a plea agreement to submit to the Court.

The parties therefore stipulate that a continuance is in the interest of justice and jointly request that the trial be continued until **April 12, 2022** to allow them the opportunity to prepare for trial, including by defense review and copying of material made available by the government, and for preparation of a plea agreement.

1

The parties further request the Court exclude under the Speedy Trial Act the period from February 8, 2022 to April 12, 2022, for defense preparation.

A proposed order appears below.

IT IS SO STIPULATED.

Dated: January 24, 2022  By: /s/ W. Scott Quinlan
W. Scott Quinlan
Attorney for Defendant
Scott Radtke

Dated: January 24, 2022  PHILLIP A. TALBERT
United States Attorney

By: /s/ Michael G. Tierney
Michael G. Tierney
Assistant U.S. Attorney

ORDER

Trial in this matter, currently scheduled for **February 8, 2022**, shall be continued to **April 12, 2022**. Time from **February 8, 2022** through **April 12, 2022** shall be excluded under the Speedy Trial Act, 18 United States Code Section 3161 to allow the defense to sufficiently prepare for trial. The Court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: **January 25, 2022**

UNITED STATES DISTRICT JUDGE

2