W. SCOTT QUINLAN, 101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
Telephone: (559) 442-0634
Facsimile: (559) 233-6947

Attorney for Defendant SCOTT RADTKE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SCOTT RADTKE,<br><br>　　　　　Defendant. | No. 1:18-CR-00162 JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

　　　The United States by and through its counsel of record and Defendant Scott Radtke, by and through his counsel of record, hereby stipulate to continue the Sentencing hearing in this matter. The Sentencing hearing is currently scheduled for June 17, 2022 at 9:00 a.m. before the Honorable Jennifer L. Thurston. The parties have agreed to continue the sentencing hearing to September 16, 2022 at 9:00 a.m.

　　　THERE IS GOOD CAUSE for this stipulation in that defendant's step-daughter has recently been released from the hospital and will need extended home care assistance from her family. Defendant is needed to help take care of her and her daughter during this time.

///

///

1

IT IS SO STIPULATED

Dated: May 13, 2022

/s/ W. Scott Quinlan
W. Scott Quinlan, Attorney for
Defendant, SCOTT RADTKE

PHILLIP A. TALBERT
United States Attorney

Dated: May 13, 2022

By: /s/ Michael G. Tierney
Michael G. Tierney
Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, sentencing in this matter, currently scheduled for June 17, 2022 at 9:00 a.m. is continued to September 16, 2022 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **May 13, 2022**

UNITED STATES DISTRICT JUDGE