W. SCOTT QUINLAN, 101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
Telephone: (559) 442-0634
Facsimile: (559) 233-6947

Attorney for Defendant SCOTT RADTKE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT RADTKE,<br><br>    Defendant. | No.  1:18-CR-00162 JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

The United States by and through its counsel of record and Defendant Scott Radtke, by and through his counsel of record, hereby stipulate to continue the Sentencing hearing in this matter. The Sentencing hearing is currently scheduled for September 16, 2022 at 9:00 a.m. before the Honorable Jennifer L. Thurston. The parties have agreed to continue the sentencing hearing to November 18, 2022 at 9:00 a.m.

THERE IS GOOD CAUSE for this stipulation in that defendant's step-daughter has been in and out of the hospital and needs extended home care assistance from her family. Defendant is needed to help take care of her and her daughter during this time.

///

///

1

IT IS SO STIPULATED

Dated: August 22, 2022                    /s/ W. Scott Quinlan
                                          W. Scott Quinlan, Attorney for
                                          Defendant, SCOTT RADTKE


                                          PHILLIP A. TALBERT
                                          United States Attorney


Dated: August 22, 2022                    By: /s/ Michael G. Tierney
                                          Michael G. Tierney
                                          Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, sentencing in this matter, currently scheduled for September 16, 2022 at 9:00 a.m. is continued to November 18, 2022 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **August 22, 2022**                    _____
                                                UNITED STATES DISTRICT JUDGE