W. SCOTT QUINLAN, 101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
Telephone: (559) 442-0634
Facsimile: (559) 233-6947

Attorney for Defendant SCOTT RADTKE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT RADTKE,<br><br>Defendant. | No. 1:18-CR-00162 JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

    The United States by and through its counsel of record and Defendant Scott Radtke, by and through his counsel of record, hereby stipulate continue the Sentencing hearing in this matter. The Sentencing hearing is currently scheduled for November 18, 2022 at 9:00 a.m. before the Honorable Jennifer L. Thurston. The parties have agreed to continue the sentencing hearing to in person on Thursday, January 12, 2023 at 9:00 a.m.

    THERE IS GOOD CAUSE for this stipulation in that defendant's step-daughter has been in and out of the hospital and needs further extended home care assistance from her family. Defendant is needed to help take care of her and her daughter during this time as well as helping to obtain additional help for his wife once he is sentenced. This will be the last continuance in this matter.

1

IT IS SO STIPULATED

Dated: November 4, 2022                         /s/ W. Scott Quinlan
                                                W. Scott Quinlan, Attorney for
                                                Defendant, SCOTT RADTKE


                                                PHILLIP A. TALBERT
                                                United States Attorney



Dated: November 4, 2022                         By: /s/ Michael G. Tierney
                                                Michael G. Tierney
                                                Assistant United States Attorney


**ORDER**

GOOD CAUSE APPEARING, sentencing in this matter, currently scheduled for November 18, 2022 at 9:00 a.m. is continued to in person on Thursday, January 12, 2022 at 9:00 a.m.

IT IS SO ORDERED.

   Dated:   **November 7, 2022**                        /s/ Jennifer L. Thurston
                                                UNITED STATES DISTRICT JUDGE

2