1  W. SCOTT QUINLAN, 101269
   Attorney at Law
2  2333 Merced Street
   Fresno, Ca 93721
3  Telephone: (559) 442-0634
   Facsimile: (559) 233-6947
4

5  Attorney for Defendant SCOTT RADTKE

6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       | No. 1:18-CR-0162 JLT SKO

12 |         Plaintiff,              | **ORDER SEALING DOCUMENT**

13 |   v.

14 | SCOTT RADTKE,

15 |         Defendant.

16

17

18

19     Good Cause Appearing:

20     **IT IS HEREBY ORDERED** that the Request to Seal Document and attached photo be

21 sealed, and its publication be limited to counsel on the case and their investigators, and staff

22 pending further order of the Court.

23 IT IS SO ORDERED.

24     Dated:   **November 30, 2022**                    _Jennifer L. Thurston_
25                                                 UNITED STATES DISTRICT JUDGE

26

27

28
                                              1