W. SCOTT QUINLAN, 101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
Telephone: (559) 442-0634
Facsimile: (559) 233-6947

Attorney for Defendant SCOTT RADTKE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>SCOTT RADTKE,<br><br>  Defendant. | No. 1:18-CR-00162 JLT-SKO<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF W. SCOTT QUINLAN AS ATTORNEY OF RECORD AND ORDER** |

On July 19, 2018 Defendant Scott Radtke was indicted on federal crimes. CJA Panel Attorney W. Scott Quinlan was appointed to represent Mr. Radtke on August 16, 2018. Mr. Radtke was sentenced pursuant to a plea agreement on January 12, 2023. His surrender date was continued to April 10, 2023. Having completed his representation of Defendant Scott Radtke, his counsel W. Scott Quinlan now moves to terminate his appointment under the Criminal Justice Act.

Dated: February 23, 2023                                         Respectfully submitted,


                                                                 /s/ W. Scott Quinlan
                                                                 W. Scott Quinlan, Attorney for
                                                                 Defendant, SCOTT RADTKE

1

**ORDER**

Having completed the representation of Defendant Scott Radtke under the Criminal Justice Act, the appointment of W. Scott Quinlan as CJA panel attorney to represent Mr. Radtke is hereby terminated.

IT IS SO ORDERED.

Dated: __**February 23, 2023**__         _/s/ Jennifer L. Thurston_
                                          UNITED STATES DISTRICT JUDGE