```
W. SCOTT QUINLAN, 101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
Telephone: (559) 442-0634
Facsimile: (559) 233-6947


Attorney for Defendant SCOTT RADTKE
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT RADTKE,<br><br>    Defendant. | No. 1:18-CR-00162 JLT-SKO<br><br>**ORDER** |

**GOOD CAUSE APPEARING THEREFOR**, Defendant Scott Radtke's surrender date, following sentencing, with all other conditions in this matter remaining the same, is continued from April 10, 2023 to May 29, 2023 by 2:00 p.m.

Despite the medical challenges faced by Mr. Ratke's stepdaughter and, by extension, his entire family, he needs to be prepared that the Court is unlikely to again extend his surrender date. He would be well-advised to investigate supportive services for his stepdaughter, which can supplement that provided by other family members, and which he has been providing.

IT IS SO ORDERED.

Dated: __**March 30, 2023**__

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE